Order issued October  /7  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00144-CV

**JAMES GREGORY JABLONSKI, Appellant**

**V.**

**ANGELA LYNN JABLONSKI, Appellee**

## ORDER

We **GRANT** appellant's August 31, 2012 motion for an extension of time to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on August 31, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE